1   COLIN L. COOPER, SBN 144291
    KELLIN R. COOPER, SBN 172111
2   DUSTIN GORDON, SBN 205216
    COOPER LAW OFFICES
3   800 Jones Street
    Berkeley, California 94710
4   Telephone (510) 558-8400
    Fax (510) 558-8401
5
    Attorneys for Defendant
6   ALFRED DARNELL FORD

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO VENUE

12   UNITED STATES OF AMERICA,        )   Case No. CR-F-01-5137 AWI
                                      )
13        Plaintiff,                  )   SUBSTITUTION OF ATTORNEYS
                                      )   AND ORDER
14   vs.                             )
                                      )
15   ALFRED DARNELL FORD,            )
                                      )
16        Defendant.                  )
                                      )
17

18   _____

19        With leave of court, ALFRED DARNELL FORD hereby substitutes the COOPER LAW

20   OFFICES as his attorneys of record in this case, in place of SIMONE SHAHEEN.

21

22        I, ALFRED DARNELL FORD, request the substitution.

23

24   DATED: March 7, 2005              ___/s/_____
                                           ALFRED DARNELL FORD
25

FILED

2005 JUN 28  A 10: 51

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____
            DEPUTY

1

1        I, SIMONE SHAHEEN, agree to the substitution.

2

3   DATED:  February 25, 2005              /s/_____
                                          SIMONE SHAHEEN (previously relieved)
4

5        I, COLIN L. COOPER of COOPER LAW OFFICES, accept the substitution.

6
                                          COOPER LAW OFFICES
7

8
    DATED:  February 24, 2005              /s/_____
9                                          By:  COLIN L. COOPER

10

11

12       IT IS SO ORDERED.

13

14   DATED:  March 7, 2005                 /s/_____
         June 27, 2005                     HONORABLE ANTHONY W. ISHII
15                                         United States District Court Judge

16

17

18

19

20

21

22

23

24

25