# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

2005 JUL 22 P 3:10

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
   DEPUTY

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:01-CR-05137 AWI |
| Alfred Darnell Ford ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Alfred Darnell Ford_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the condition pertaining to bond as follows: The defendant shall be released on a $167,000 property bond secured by equity in the property of Alfred and Renatta Ford, located at 1142 F Street, Fresno, California.

All prior terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-30-05            _____  7-1-2005
Signature of Defendant   Date                Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      7/18/05
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      7-13-2005
Signature of Defense Counsel                 Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on _____forthwith_____.
[ ] The above modification of conditions of release is *not* ordered.

_____                      July 22, 2005
Signature of Judicial Officer                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services