| | |
|---|---|
| 1  COLIN L. COOPER, SBN 144291<br>   KELLIN R. COOPER, SBN 172111<br>2  DUSTIN GORDON, SBN 205216<br>   COOPER LAW OFFICES<br>3  800 Jones Street<br>   Berkeley, California 94710<br>4  Telephone (510) 558-8400<br>   Fax (510) 558-8401<br>5<br>   Attorneys for Defendant<br>6  ALFRED DARNELL FORD | **FILED**<br><br>2005 JUN 28  A 10: 51<br><br>CLERK, US DIST. COURT<br>EASTERN DISTRICT OF CALIF<br><br>BY_____<br>          DEPUTY |

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                            FRESNO VENUE

12  UNITED STATES OF AMERICA,   )   Case No. CR-F-01-5137 AWI
                                )
13        Plaintiff,             )   SUBSTITUTION OF ATTORNEYS
                                )   AND ORDER
14  vs.                          )
                                )
15  ALFRED DARNELL FORD,         )
                                )
16        Defendant.             )
                                )
17

18  _____

19        With leave of court, ALFRED DARNELL FORD hereby substitutes the COOPER LAW

20  OFFICES as his attorneys of record in this case, in place of SIMONE SHAHEEN.

21

22        I, ALFRED DARNELL FORD, request the substitution.

23

24  DATED: March 7, 2005              ___/s/_____
                                      ALFRED DARNELL FORD
25

1

1     I, SIMONE SHAHEEN, agree to the substitution.

2

3     DATED: February 25, 2005         /s/_____
                                        SIMONE SHAHEEN (previously relieved)
4

5     I, COLIN L. COOPER of COOPER LAW OFFICES, accept the substitution.

6
                                       COOPER LAW OFFICES
7

8
      DATED: February 24, 2005         /s/_____
9                                      By: COLIN L. COOPER

10

11

12    IT IS SO ORDERED.

13

14    DATED: March 7, 2005  June 27, 2005    /s/_____
                                              HONORABLE ANTHONY W. ISHII
15                                            United States District Court Judge

16

17

18

19

20

21

22

23

24

25