COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
ALFRED DARNELL FORD

FILED

2005 AUG 18  A 10: 48

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT _____
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-F-01-5137 AWI |
| Plaintiff, | ORDER RE RECONVEYANCE |
| vs. | |
| ALFRED DARNELL FORD, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of the Court of the United States District Court for the Eastern District, as substituted Trustee under the Deed of Trust for the property located at 1566 W. Orleans Avenue, Fresno, California, reconvey to the persons legally entitled thereto, Carmen J. Gant and Johnnie Lee Gant, without warranty, all the estate, title and interest acquired by the Trustee under said Deed of Trust.

DATED: 8-18-05

HONORABLE ANTHONY W. ISHII
United States District Court Judge

1