COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
ALFRED FORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:01-CR-05137 AWI |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| ALFRED FORD, | ) ) | |
| Defendant. | ) ) | |

Defendant ALFRED FORD, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Kevin P. Rooney, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, September 6, 2005, at 9:00 a.m. to Monday, September 19, 2005, at 9:00 a.m.  The parties further stipulate and agree that the period from September 6, 2005 to September 19, 2005 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8).


DATED:  September 1, 2005         /s/COLIN L. COOPER
                                  Attorney for Defendant ALFRED FORD


DATED:  September 1, 2005         /s/ KEVIN P. ROONEY
                                  Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for September 6, 2005, is continued to September 19, 2005, at 9:00 a.m. and that the period from September 6, 2005 to September 19, 2005 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8).

IT IS SO ORDERED.

**Dated:   September 5, 2005**                             /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE