COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
ALFRED DARNELL FORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-F-01-5137 AWI |
| Plaintiff, ) | ORDER RE RECONVEYANCE |
| vs. ) | |
| ALFRED DARNELL FORD, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Clerk of the Court of the United States District Court for the Eastern District, as substituted Trustee under the Deed of Trust for the property located at 1136-1142 F Street, Fresno, California, reconvey to the persons legally entitled thereto, G&J Auto Repair, without warranty, all the estate, title and interest acquired by the Trustee under said Deed of Trust.

IT IS SO ORDERED.

**Dated:   February 8, 2006**                    /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE